IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

TIMOTHY TAPP
    PETITIONER,
V.
UNITED STATES OF AMERICA
    RESPONDENT,

CR.00-253
SECTION "N"

LETTER INFORMING CHANGE OF ADRESS

DEAR CLERK,

    I AM RESPECTFULLY INFORMING THIS COURT "AGAIN" OF MY NEW ADRESS WHICH IS,

    TIMOTHY TAPP #26638-034
    F.C.C. (MEDIUM)
    P.O. BOX 3000
    FORREST CITY, ARKANSAS

THIS IS MY NEW ADDRESS AND I WOULD "ONLY" LIKE TO RECEIVE INFORMATION CONCERNING MY CASE AND/OR 28 U.S.C. §2255 MOTION. THEREFORE ALL INFORMATION CONCERNING MY 28 U.S.C. §2255 MOTION SHOULD BE MAILED TO ME AT THE ABOVE ADDRESS.

                      THANK YOU
               RESPECTFULLY SUBMITTED
                     TIMOTHY TAPP