```
                FILED
           U.S. DISTRICT COURT
          EASTERN DISTRICT OF LA

           2005 JAN 11 PM 1:23

           LORETTA G. WHYTE
                CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 00-253 |
| TIMOTHY TAPP | SECTION "N" |

## JUDGMENT

For the reasons set forth in the Court's Order and Reasons dated January 10, 2005; accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that petitioner, Timothy Tapp's Motion under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence is DENIED.

New Orleans, Louisiana, this 11th day of January, 2005.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JAN 1 1 2005

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No. 425