UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED FEB 2 2 2005
LORETTA G. WHYTE
Clerk

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )
                           )
        v                  ) No. 00-253
                           )
TIMOTHY TAPP,              ) CRIMINAL ACTION
                           ) Section N (4)
            Defendants.    )

## NOTICE OF APPEAL

NOW COMES, Defendant, TIMOTHY TAPP, Pro Se, and respectfully notifies all concerned that he appeals the ORDER dated January 10, 2005 Denying his 2255 motion.

Respectfully Submitted this 8th day of February, 2005

By X_____
Timothy Tapp, Pro Se
No. 26638-034
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336


## CERTIFICATE OF SERVICE

I, TIMOTHY TAPP, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this notice to the United States Attorney at Suite 210, 501 Magazine Street, New Orleans, Louisiana 70130.

Executed this 8th day of February, 2005.

By X_____
Timothy Tapp, Affiant

(28 USC Section 1746)

Fee Not Paid
Process____
X Dktd____
X CtRmDep____
Doc. No.____