UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

**Loretta G. Whyte**
**Clerk**

500 Poydras St., Room C-151
New Orleans, LA 70130

February 25, 2005

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
Room 109, 600 Camp Street
New Orleans, LA 70130

APPEAL NO. _____

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR - 4 2005
LORETTA G. WHYTE
CLERK

05-30222

IN RE: ___U.S.A. v Timothy Tapp___   CR 00-253 N

Dear Sir:

In connection with this appeal, the following documents are transmitted and/or information is furnished. Please acknowledge receipt on the enclosed copy of this letter.

_x_  1) Certified copy of the notice of appeal and docket entries.

___  2) Certified copy of notice of a cross-appeal and docket entries.

_x_  3) The Court of Appeals docket fee ___ HAS _x_ HAS NOT been paid.

___  4) This case is proceeding _in forma pauperis_

___  5) Order Appointing Counsel  ___ CJA-20  ___ FPD

_x_  6) District Judge entering the final judgment is _Kurt D. Engelhardt_

_x_  7) Court Reporter assigned to the case _Dee Malouse_  ~~No Reporter for last proceedings~~

___  8) If criminal case, number and names of other defendants on appeal _____

___  9) This case was decided without a hearing; there will be no transcript.

___  10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

___  1) Record on appeal consisting of:

   ___ Volume(s) of record    ___ Volume(s) of transcript

   ___ Volume(s) of depositions

   ___ Container(s) of exhibits ___ Box ___ Envelope ___ Folder

___  2) Supplemental record, including updated docket entries _____

___  3) SEALED Doc. _____

___  4) Other: _____

U.S. COURT OF APPEALS
RECEIVED
FEB 25 2005
NEW ORLEANS, LA.

Very truly yours,

By___Gail Chauvin___
    Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____