UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 00-253 |
| v | ) | |
| | ) | CRIMINAL ACTION |
| TIMOTHY TAPP, | ) | |
| | ) | Section N (4) |
| Defendant. | ) | |

## MOTION FOR A CERTIFICATE OF APPEALABILITY

NOW COMES, TIMOTHY TAP, Pro Se, and respectfully moves this Honorable Court to grant him a certificate of appealability to the denial/dismissal of his Section 2255 motion filed in this Honorable Court. In support, he states:

1. According to the relevant statute, a prisoner need only demonstrate "a substantial showing of the denial of a constitutional right." Timothy Tapp satisfies this standard by demonstrating that jurists of reason could disagree with this Court's resolution of his case or that the issues presented were adequate to deserve encouragement to proceed further. The question is the debatability of the constitutional claim. But, until a COA has been issued federal courts of appeals lack jurisdiction to rule on the merits of an appeal from the denial of a habeas petition.

2. When a COA is sought, the whole premise is that the prisoner has already failed in the endeavor of convincing a district court that there is certainty of ultimate relief. Barefoot v Estelle, 463 US 880 (1983). Therefore, a petitioner need not convince a court that he would prevail, but only that there is debatability of the underlying constitutional claims. Slack v McDaniel, 529 US 473 (2000); Hohn v. United States, 524 US 236 (1998).

3. It is not required that petitioner prove, before the issuance of a COA, that some jurists would grant the petition for habeas corpus. Miller-El v. Cockrell, 537 US 322 (2003) According to Miller-El, the Supreme Court stated that would be too onerous of a standard.

It is in light of this more relaxed criteria set forth in the prevailing Supreme Court precedent in Miller-El that petitioner asks for Certification of Appealability.

4. Petitioner, TIMOTHY TAP, believes he has shown that he, by a substantial showing, was denied the effective assistance of counsel. He believes jurists of reason might agree. That is, agree that he deserves encouragement to proceed further on an appeal.

-1-

WHEREFORE, Petitioner prays that this Court give him a chance to convince the Fifth Circuit that he was correct.

Respectfully Submitted this 28th day of February, 2005.

By X _____
TIMOTHY TAPP, Pro Se
No. 26638-034
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

CERTIFICATE OF SERVICE

    I, TIMOTHY TAPP, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this Motion for Certificate of Appealability to the United States Attorney , Suite 201, 501 Magazine, New Orleans, Louisiana 70130.

Executed this 28th day of February, 2005.

By X _____
Timothy Tapp, Affiant

(28 USC Section 1746)

TIMOTHY TAPP
24632-034
Forrest City Medium Federal Correctional Complex
P.O. Box 3000
Forrest City, Arkansas 72336

7012 3040 0000 2020 0580

CLERK OF COURT
United States District Court
Eastern District of Louisiana
500 Camp St.
New Orleans

[Postmark: MAR 2 2005]