UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 00-253 |
| ) | |
| v ) | CRIMINAL ACTION |
| ) | |
| TIMOTHY TAPP, ) | Section N (4) |
| ) | |
| Defendant. ) | |

RECEIVED
MAR 4 2005
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## JURISDICTIONAL STATEMENT

This Court had jurisdiction to entertain the Section 2255 motion filed by Defendant in this cause.

The United States Court of Appeals for the Fifth Circuit has jurisdiction to entertain an appeal of the dismissal of the Section 2255 motion by this court.

Respectfully Submitted this 28th day of February, 2005.

By X _Timothy Tapp_
TIMOTHY TAPP, Pro Se
No. 26638-034
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas
72336

## CERTIFICATE OF SERVICE

I, TIMOTHY TAPP, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this Jurisdictional Statement to the United States Attorney at Suite 210, 501 Magazine Street, New Orleans, Loiusiana 70130.

Executed this 28th day of February, 2005.

By X _Timothy Tapp_
Timothy Tapp, Affiant

(28 USC Section 1746)

Timothy Tapp
26632-034
Federal Medical Complex
Box 1380
Forrest City, Arkansas 72336

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Camp St.
New Orleans, Louisiana 70130