UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED MAR 4 2005

LORETTA G. WHYTE
Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) No. 00-253 |
| v | ) |
| | ) CRIMINAL ACTION |
| TIMOTHY TAPP, | ) |
| Defendant. | ) Section N (4) |

## MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

NOW COMES, Defendant, TIMOTHY TAPP, Pro Se, and respectfully moves this Honorable Court for leave to proceed in this appeal without costs. In support, he states:

1. This appeal is being taken in good faith. Defendant believes his issues have merit. He believes the appeal is not frovolous.

2. Defendant asks that he be allowed to proceed on appeal without costs. Enclosed with this motion is a financial affidavit in support of his indigency.

WHEREFORE, Defendant prays for leave to appeal in forma pauperis.

Respectfully Submitted this 28TH day of February, 2005.

By X Timothy Tapp
TIMOTHY TAPP, Pro Se
No. 26638-034
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas
72336

### CERTIFICATE OF SERVICE

I, TIMOTHY TAPP, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this motion to the United States Attorney at Suite 210, of 501 Magazine Street, New Orleans, Louisiana 70130.

Executed this 28TH day of February, 2005.

By X Timothy Tapp
Timothy Tapp, Affiant

(28 USC Section 1746)

___ Fee
___ Process
_X_ Dktd
_X_ CtRmDep
___ Doc. No.

AO 240 (Rev. 1/94)

# United States District Court

EASTERN _____ DISTRICT OF _____ LOUISIANA

UNITED STATES OF AMERICA,

Plaintiff

V.

TIMOTHY TAPP,
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 00-253

I, ___Timothy Tapp___ declare that I am the (check appropriate box)
☐ petitioner/plaintiff/movant    ☒ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☒ Yes   ☐ No   (If "No" go to Part 2)
   If "Yes" state the place of your incarceration ___FCI Forrest City Arkansas___
   Are you employed at the institution? __X__   Do you receive any payment from the institution? __X__
   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☒ Yes   ☐ No
   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   FCI Laundry at $53.00 /month.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   N/A

3. In the past twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment    Yes ☐   No ☒
   b. Rent payments, interest or dividends              Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments    Yes ☐   No ☒
   d. Disability or workers compensation payments       Yes ☒   No ☐
   e. Gifts or inheritances                             Yes ☒   No ☐
   f. Any other sources                                 Yes ☐   No ☐

   If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive.    over

I received several gifts & donations from friends & relatives but cannot remember the exact names, dates and amounts.

AO 240 (Rev. 1/94)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No
   If "yes" state the total amount. _____0_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No
   If "yes" describe the property and state its value.

   0

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

February 23, 2005
DATE

X _Timothy Tapp_
SIGNATURE OF APPLICANT

## CERTIFICATE

Timothy Tapp
26638-034

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __239.90__ on account to his/her credit at (name of institution) __FCC Forrest City, AR__. I further certify that the applicant has the following securities to his/her credit: __0__ _____. I further certify that during the past six months the applicant's average balance was $ __58.97__.

2-23-05
DATE

SIGNATURE OF AUTHORIZED OFFICER

Timothy Tapp
20037-034
Federal
Correctional Complex
Box 3000
Forrest City, Arkansas 72336

CLERK OF COURT
United States District Court
Eastern District of Louisiana
500 Camp St.
New Orleans, Louisiana 70130