```
                                            FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                      2005 MAR 11  AM 7:27

                                       LORETTA G. WHYTE
                                            CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 00-253 |
| TIMOTHY TAPP | SECTION: N |

### ORDER

Considering the application and affidavit to proceed *in forma pauperis*,

**IT IS ORDERED** that:

☒ the motion is GRANTED; the party is entitled to proceed *in forma pauperis*.

☐ the motion is DENIED; the party has sufficient funds to pay the filing fee.

☐ the motion is DENIED; the party is not entitled to proceed *in forma pauperis* for the listed reasons: _____
_____

New Orleans, Louisiana, this 10th day of March, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No