UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          CRIMINAL ACTION

VERSUS                             NO. 00-253

TIMOTHY TAPP #26638-034            SECTION "N" (4)

## CERTIFICATE OF APPEALABILITY

A notice of appeal from a final order in a proceeding under Title 28 U.S.C. 2255 has been filed. Considering the record in the case and the requirement of Title 28 U.S.C. 2253, the Court hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____
_____
_____

☒ a certificate of appealability shall not be issued for the following reasons:

Timothy Tapp has failed to make a substantial showing of the denial of a constitutional right for the reasons set forth in the Court's January 11, 2005 Order denying relief.

_____
_____
_____

Date: March 9, 2005

_____
UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.