```
                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
                          OFFICE OF THE CLERK
```

**Loretta G. Whyte**
**Clerk**

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAR 25 2005

LORETTA G. WHYTE
CLERK

500 Poydras St., Room C-151
New Orleans, LA 70130

March 25, 2005

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
Room 109, 600 Camp Street
New Orleans, LA  70130

APPEAL NO. 05-30222

IN RE:  USA   v   Timothy Tapp          CR   00-253   N


In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

\_\_\_  1) Certified copy of the notice of appeal and docket entries.

\_\_\_  2) Certified copy of notice of a cross-appeal and docket entries.

\_\_\_  3) The Court of Appeals docket fee \_\_\_ Has   \_\_\_ HAS NOT been paid.

\_\_\_  4) This case is proceeding in forma pauperis

\_\_\_  5) Order Appointing Counsel   \_\_\_ CJA-20    \_\_\_ FPD

\_\_\_  6) District Judge Entering the final judgment is_____

\_\_\_  7) Court Reporter assigned to the case _____

\_\_\_  8) If criminal case, number and names of other defendants on appeal _____

\_\_\_  9) This case was decided without a hearing; there will be no transcript.

\_\_\_ 10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

  _x_    1) Record on appeal consisting of:
            *Copies
            _2_ Volume(s) of record    _2_ Volume(s) of transcript

         \_\_\_ Volume(s) of depositions

         \_\_\_ Container(s) of exhibits \_\_\_ Box  \_\_\_ Binder

  \_\_\_    2) Supplemental record consisting of_____

  _x_    3) SEALED DOCUMENT  _437 and 438_

  \_\_\_    4) Other: _____

                                    Very truly yours,

                                    By   _Alicia Phelps_
                                         Deputy Clerk

\_\_\_ Fee_____
\_\_\_ Process\_\_\_\_\_
_X_ Dktd_____
\_\_\_ CtRmDep\_\_\_\_\_
\_\_\_ Doc. No.\_\_\_\_\_