

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-30222
USDC No. 2:03-CV-135
USDC No. 2:00-CR-253-3

UNITED STATES OF AMERICA,

                        Plaintiff-Appellee,

versus

TIMOTHY TAPP, also known as T, also known as TT,

                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
--------------------

O R D E R:

    Timothy Tapp, federal prisoner # 26638-034, pleaded guilty to knowingly and intentionally possessing with intent to distribute one and a half kilograms of cocaine base, in violation of 21 U.S.C. § 841(a)(1). The district court denied his 28 U.S.C. § 2255 motion. Tapp now seeks a certificate of appealability (COA) from this court.

    Tapp argues that he did not enter into his guilty plea and appeal waiver knowingly and voluntarily, that counsel rendered ineffective assistance in connection with his plea proceedings, that he had ineffective assistance of counsel at sentencing, and that counsel rendered ineffective assistance by failing to timely file a direct appeal.

\_\_ Fee_____
\_\_ Process_____
X  Dktd_____
\_\_ CtRmDep_____
\_\_ Doc. No._____

O R D E R
No. 05-30222
-2-

Tapp has shown that jurists of reason could disagree with the district court's conclusion that counsel did not render ineffective assistance when he failed to timely file Tapp's notice of appeal. See Miller-El v. Cockrell, 537 U.S. 322, 327, (2003). Accordingly, it is ORDERED that Tapp's motion for COA is GRANTED as to whether counsel rendered ineffective assistance by failing to timely file a direct appeal and DENIED as to all other issues.

/s/ James L. Dennis
JAMES L. DENNIS
UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

January 24, 2006

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 05-30222   USA v. Tapp
        USDC No.   2:00-CR-253-3
                    2:03-CV-135

Enclosed is an order entered in this case.

                      Sincerely,

                      CHARLES R. FULBRUGE III, Clerk

        By: _____
                      Cindy Broadhead, Deputy Clerk
                      504-310-7707

Mr Timothy Tapp
Mr Maurice Landrieu
Ms Loretta Whyte, Clerk

MOT-2