U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  APR - 7 2006

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-30222

CR 00-253-N

U.S. COURT OF APPEALS
FILED

APR 6 2006

CHARLES R. FULBRUGE III
CLERK

UNITED STATES OF AMERICA

        Plaintiff - Appellee

    v.

TIMOTHY TAPP also known as, TT also known as, T

        Defendant - Appellant

--------------------

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

--------------------

O R D E R:

IT IS ORDERED that appellee's motion for leave to view the sealed record is granted.

IT IS FURTHER ORDERED that appellee's motion for extension of 10 days after disposition of motion to view sealed record in which to file brief is granted.

IT IS FURTHER ORDERED that appellee's alternative motion for supplementation of sealed record on appeal if incomplete is denied as moot.

/s/ James L. Dennis
JAMES L. DENNIS
UNITED STATES CIRCUIT JUDGE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.___

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 on **April 24, 2006**. All correspondence expected to arrive at the court on or after April 24, 2006 must be sent to this address.

April 6, 2006

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 05-30222  USA v. Tapp
      USDC No.  2:00-CR-253-3
                 2:03-CV-135

Enclosed is an order entered in this case.

Appellee's motion for leave to view sealed documents 330, 331, 339, 340, 342, & 343 of the record is GRANTED.

        Sincerely,

        CHARLES R. FULBRUGE III, Clerk

    By: _____
        Cindy Broadhead, Deputy Clerk
        504-310-7707

Mr Timothy Tapp
Ms Diane Hollenshead Copes
Mr Maurice Landrieu
Ms Loretta Whyte, Clerk

P.S. to Ms Copes: In accordance with this court's order, the sealed material is available for your review ONLY. If you choose to pick up this material it should be maintained in your office under seal and returned to this office in the same sealed envelope as soon as it has served your purpose.