

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 12, 2007

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

       No. 05-30222 USA v. Tapp
          USDC No. 2:00-CR-253-3
                   2:03-CV-135

The following is (are) returned:

Original Record on Appeal,   ( 4 ) Vols.

Original Exhibits,           ( 2 ) Env. (SEALED)

                        Sincerely,

                        CHARLES R. FULBRUGE III, Clerk

                        *Angelique D. Batiste*
          By: _____
                Angelique D. Batiste, Deputy Clerk
                504-310-7808

REC-3

__ Fee _____
__ Process _____
X Dktd _____
__ CtRmDep _____
__ Doc. No. _____