UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 00-253 |
| TIMOTHY TAPP | SECTION "N" |

### **O R D E R**

Pursuant to the mandate issued on August 21, 2007 by the Fifth Circuit Court of Appeals, the Court is directed to hold an evidentiary hearing to determine simply whether the defendant, Timothy Tapp requested that his counsel file an appeal.

**IT IS ORDERED** that a hearing to determine counsel for the purposes of the evidentiary hearing be held by Magistrate Judge Louis Moore on Monday, October 15, 2007 at 2:00 p.m.

**IT IS FURTHER ORDERED** that the United States Marshal produce the defendant, Timothy Tapp in Court at the time of the hearing.

New Orleans, Louisiana, this ___13th___ day of September, 2007.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE