MINUTE ENTRY
MOORE, M.J.
OCTOBER 22, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-253 |
| TIMOTHY TAPP | SECTION: N |

A hearing to determine counsel was held this date before Magistrate Judge Alma L. Chasez.

PRESENT:   Sivashree Sundaram for Maurice Landrieu, Asst. U.S. Attorney
Timothy Tapp, Defendant

This matter was referred by the District Court. The defendant informed the Court that he is not financially able to retain counsel and requested Court appointed counsel. There was no objection by the government. The defendant was sworn and questioned by the Court regarding the financial affidavit. **IT IS ORDERED** that Federal Public Defender is appointed as counsel for the defendant.

The defendant was remanded to the custody of the U.S. Marshal.

_____
ALMA L. CHASEZ, U.S. MAGISTRATE JUDGE

MJSTAR:  00:06

CLERK TO NOTIFY:
U.S. ATTORNEY, PRE-TRIAL SERVICES,
U.S. PROBATION, U.S. MARSHAL,
ATTORNEY FOR DEFENDANT, DEFENDANT