UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CR. NO.  00-253 N

<u>ORDER</u>

VERSUS                                      __X__ Appointing Counsel

                                            _____ Substituting Counsel For:

TIMOTHY TAPP

                                            _____ Ratifying Prior Service

                                            _____ Extending Appointment For Appeal

CHARGE:

___FELONY     ____MISDEMEANOR

__X__ The defendant, having satisfied this Court that he/she:  (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by order of the District Court:

   **VIRGINIA SCHLUETER, FEDERAL PUBLIC DEFENDER, HALE BOGGS  FEDERAL BLDG., RM 318, 501 MAGAZINE ST, NEW ORLEANS, LA 70130 PHONE: (504)589-2468**

_____ Federal Public Defender is appointed for the limited purpose of:

_____ It appearing to the Court that although the defendant is financially unable to employ counsel, he/she is totally indigent.

_____ IT IS FURTHER ORDERED that the defendant pay to the Clerk, U. S. District Court for services of counsel, the total amount of $_____ to be paid within 10 working days or by _____.

_____ IT IS FURTHER ORDERED that the defendant is to pay to the Clerk, U.S. District Court, for services of counsel, $ _____ per month. This amount is to be paid, beginning on _____, 20___, until further orders of the Court.

Dated at New Orleans, Louisiana, on   OCTOBER 18, 2007

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

Copy to Financial Unit Clerk (Only if defendant is ordered to pay)

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|
| IN THE CASE OF | _____ VS. _____ FOR _____ AT _____ | |

**PERSON REPRESENTED** (Show your full name): TIMOTHY TAPP

1. ☐ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify) _____

**DOCKET NUMBERS**
Magistrate: _____
District Court: 00-253 "N"
Court of Appeals: _____

**CHARGE/OFFENSE** (describe if applicable & check box →): ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed
Name and address of employer: INCARCERATED IN 7 YRS
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☑ Yes ☐ No — Home Depot
IF YES, how much does your Spouse earn per month? $ ?
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $50/mo, 200.00
SOURCES: Income earned in jail, family members

**CASH**
Have you any cash on hand or money in savings or checking account ☑ Yes ☐ No  IF YES, state total amount $ 230.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $ _____  DESCRIPTION: _____

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE  ☑ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 4
List persons you actually support and your relationship to them: Wife supports sons

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

▶ SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)