UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 00-253 |
| TIMOTHY TAPP | SECTION "N" |

**ORDER**

IT IS ORDERED that a status conference be held in the above captioned matter before Judge Kurt D. Engelhardt on Thursday, November 8, 2007 at 9:30 a.m. for the purpose of scheduling an evidentiary hearing in accordance with the mandate from the Fifth Circuit Court of Appeals issued on August 21, 2007.

New Orleans, Louisiana, this ___24th___ day of October, 2007.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE