UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-253 |
| TIMOTHY TAPP | * | SECTION: "N" |

**MOTION TO ENROLL AS COUNSEL OF RECORD**
**AND INCORPORATED MEMORANDUM**

Pursuant to this Court's appointment of the Federal Public Defender, Assistant Federal Public Defender Robin E. Schulberg moves the Court to enter her name as counsel of record for the defendant, Timothy Tapp, for the purpose of an evidentiary hearing to determine whether Mr. Tapp requested that his counsel file an appeal.

Respectfully submitted this 1st day of November, 2007.

VIRGINIA LAUGHLIN SCHLUETER
Federal Public Defender


/s/Robin E. Schulberg
ROBIN E. SCHULBERG
Assistant Federal Public Defender
500 Poydras Street, Suite 318 HB
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
La. Bar Roll # 20365
Email: robin_schulberg@fd.org

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 1, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Maurice Landrieu, 500 Poydras Street, New Orleans, Louisiana, 70130.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

                                                       /s/Robin E. Schulberg  
                                                       ROBIN E. SCHULBERG  
                                                       Assistant Federal Public Defender