UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-253 |
| TIMOTHY TAPP | * | SECTION: "N" |

**O R D E R**

Considering the foregoing,

IT IS HEREBY ORDERED that Assistant Federal Public Defender Robin E. Schulberg be entered as counsel of record for the defendant, Timothy Tapp, for the purpose of an evidentiary hearing to determine whether Mr. Tapp requested that his counsel file an appeal.

New Orleans, Louisiana, this 2nd day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE