UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-253 |
| TIMOTHY TAPP | SECTION "N" |

<u>**ORDER**</u>

The Court held a status conference in chambers on November 8, 2007, with the following counsel in attendance: Maurice Landrieu for the government, and Robin Schulbuerg for the defendant. During the conference, the Court **ORDERED** as follows:

(1) In accordance with the Fifth Circuit's opinion, dated June 28, 2007, an evidentiary hearing is **SCHEDULED** for **Wednesday, December 12, 2007 at 9:00 a.m.**

(2) The parties shall filed witness and exhibit lists on or before **Wednesday, December 5, 2007.**

New Orleans, Louisiana, this 8th day of November, 2007.

_____
**KURT D. ENGELHARDT**
**United States District Judge**