MINUTE ENTRY
ENGELHARDT, J.
November 8, 2007

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 00-253** |
| **TIMOTHY TAPP** | **SECTION "N"** |

    A status conference was conducted on Thursday, November 8, 2007, at 9:30 a.m. Participating were Assistant United States Attorney Maurice Landrieu; and Federal Public Defender Robin E. Schulberg, counsel for defendant, Timothy Tapp.

JS10(00:15)