UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 00-253 |
| VERSUS | SECTION "N " |
| TIMOTHY TAPP | VIOLATION: |

NOTICE OF EVIDENTIARY HEARING

Take Notice that this criminal case has been set for EVIDENTIARY HEARING on DECEMBER 12, 2007 AT 9:00 A.M., before Judge Kurt D. Engelhardt , Courtroom C-351, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

LORETTA G. WHYTE, CLERK

Date: November 8, 2007

Issued by P. Radosta
TO:     Deputy Clerk
TIMOTHY TAPP
(custody)     AUSA: Maurice Landrieu, AUSA

ROBIN SCHULBURG, FPD     U.S. Marshal
    U.S. Probation Officer
    U.S. Pretrial Services

**If you change address,**     **JUDGE**
**notify clerk of court**
**by phone,** 589-7683