UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NUMBER  _____

_____                SECTION  _____


REQUEST FOR SUBPOENAS

Please issue signed subpoenas as noted below, pursuant to Rule 17
(a) and (c) of the Federal Rules of Criminal Procedure. I hereby
certify that the number of subpoenas requested is in accordance
with the Federal Rules of Criminal Procedure.


**SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS**

_____    set(s) for trial or hearing scheduled on:

_____
DATE OF TRIAL OR HEARING


_____
Attorney's Signature

_____
Attorney's Address

_____


_____
Attorney's Bar Number

_____
Party Attorney Represents

_____
Attorney's E-Mail