UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-253 |
| TIMOTHY TAPP | * | SECTION: "N" |

### EX-PARTE MOTION FOR ISSUANCE OF SUBPOENA

**COMES NOW** defendant TIMOTHY TAPP, through undersigned counsel, and on suggesting to the Court that the defendant requires the issuance of the subpoena to the following in connection with the presentation of his defense at his hearing on the **12th** day of **December, 2007.**

**Kenyatta Tapp**
**3742 Ashford Villa Lane**
**Houston, TX**

On further suggesting to the Court that the testimony of the witness and is material to the defense and the testimony is relevant to the issues to be resolved at the hearing.  Further, the defendant is an indigent, the defendant's counsel has been appointed by this Court, and the defendant is entitled to the relief sought under the provisions of Rule

17(b) of the Federal Rules of Criminal Procedure and as protected by the Constitution relative to his right to compulsory process.

The defendant respectfully requests that the subpoena be issued to:

**Kenyatta Tapp**
**3742 Ashford Villa Lane**
**Houston, TX**

and that the subpoena be served by the United States Marshals Service at the following addresses:

**Kenyatta Tapp**
**3742 Ashford Villa Lane**
**Houston, TX**

and that the witness' fees be paid as provided by Rule 17(b) of the Federal Rules of Criminal Procedure.

Respectfully submitted this 16th day of November, 2007.

        VIRGINIA LAUGHLIN SCHLUETER
        Federal Public Defender


        /s/Robin E. Schulberg
        ROBIN E. SCHULBERG
        Assistant Federal Public Defender
        500 Poydras Street, Suite 318
        Hale Boggs Federal Building
        New Orleans, Louisiana 70130
        Telephone: (504) 589-7930
        Bar # 20365
        E-mail: robin_schulberg@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Maurice Landrieu, Assistant United States Attorney, 500 Poydras Street, New Orleans, Louisiana 70130. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

/s/Robin E. Schulberg
ROBIN E. SCHULBERG
Assistant Federal Public Defender