UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-253 |
| TIMOTHY TAPP | * | SECTION: "N" |

## O R D E R

The foregoing Motion considered and for the reasons stated herein that defendant is financially unable to pay the fees of the witnesses; the defendant asserts that the evidence of the witness is material to the defense. The defendant cannot safely present a defense without the witness,

**IT IS HEREBY ORDERED** that the subpoena be issued for:

**Kenyatta Tapp**
**3742 Ashford Villa Lane**
**Houston, TX**

and that the subpoena be served by the United States Marshals Service at the following address:

**Kenyatta Tapp**
**3742 Ashford Villa Lane**
**Houston, TX**

It is further ordered that the witnesses' fees be paid as provided by Rule 17(b) of the Federal Rules of Criminal Procedure and as protected by the Constitution relative to his right to compulsory process.

New Orleans, Louisiana, this _____ day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE