UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-253 |
| TIMOTHY TAPP | SECTION "N" |

### ORDER

**IT IS ORDERED** that the Court's November 19, 2007 Order (Rec. Doc. 494) is **AMENDED** to read as follows:

The foregoing Motion considered and for the reasons stated herein that defendant is financially unable to pay the fees of the witnesses; the defendant asserts that the evidence of the witness is material to the defense. The defendant cannot safely present a defense without the witness,

**IT IS HEREBY ORDERED** that the subpoena be issued for:

Kenyatta Tapp
3742 Ashford Villa Lane
Houston, TX.

and that the subpoena be served by the United States Marshals Service at the following address:

Kenyatta Tapp
3742 Ashford Villa Lane
Houston, TX.

**IT IS FURTHER ORDERED** that the witnesses' fees be paid as provided by Rule 17(b) of the Federal Rules of Criminal Procedure and as protected by the Constitution relative to his right to compulsory process.

New Orleans, Louisiana, this 26th day of November, 2007.

_____
**KURT D. ENGELHARDT**
**United States District Judge**