UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-253 |
| TIMOTHY TAPP | * | SECTION: "N" |

### DEFENDANT TIMOTHY TAPP'S WITNESS LIST

Defendant and movant Timothy Tapp submits this Witness List pursuant to the Court's order of November 8, 2007. Mr. Tapp intends to call the following witnesses at the December 12th hearing scheduled in this matter:

1. Timothy Tapp;

2. Kenyatta Tapp;

3. Wilbert Tapp.

Defendant does not plan to offer any exhibits.

Respectfully submitted this 5th day of December, 2007.

VIRGINIA LAUGHLIN SCHLUETER
Federal Public Defender


/s/Robin E. Schulberg
ROBIN E. SCHULBERG
Assistant Federal Public Defender
500 Poydras Street, Suite 318 HB
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
La. Bar Roll # 20365
Email: robin_schulberg@fd.org

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 5, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Maurice Landrieu, Assistant United States Attorney, 500 Poydras Street, New Orleans, Louisiana 70130.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

    /s/Robin E. Schulberg
    ROBIN E. SCHULBERG
    Assistant Federal Public Defender