UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 00-253 |
| v. | * | SECTION: "N" |
| TIMOTHY TAPP | * | |

\* \* \*

## GOVERNMENT'S POTENTIAL WITNESS LIST

NOW INTO COURT comes the United States, through the undersigned Assistant United States Attorney, who respectfully states that the government may call the following people as witnesses in the hearing set in the above captioned matter on Wednesday December 12, 2007 at 9:00am.

1) Attorney Ike Spears
2) Attorney Ron Austin

Respectfully submitted,
JIM LETTEN
UNITED STATES ATTORNEY

s/ Maurice E. Landrieu
MAURICE E. LANDRIEU (#22104)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, 2nd Floor
New Orleans, Louisiana 70130
Telephone No. (504) 680-3015
maurice.landrieu@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 5, 2007, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

                                                              s/ Maurice E. Landrieu
                                                              MAURICE E. LANDRIEU
                                                              Assistant United States Attorney