MINUTE ENTRY
ENGELHARDT, J.
DECEMBER 12, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 00-253 |
| TIMOTHY TAPP | SECTION "N" |

JUDGE KURT D. ENGELHARDT PRESIDING

**WEDNESDAY, DECEMBER 12, 2007 AT 9:00 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Karen Ibos

APPEARANCES: Maurice Landrieu, AUSA
                       Robin Schulburg, FPD

**EVIDENTIARY HEARING:**

Defendant present
On motion of the Government, witnesses sequestered.
Defendant's witnesses: Timothy Tapp, sworn and testifies.
                                   Kenyatta Tapp, sworn and testifies.
                                   Wilbert Tapp, sworn and testifies.
Defendant Rests.
Government Rests.
Arguments made by all counsel.
Court orally states findings.  Defendant will be allowed to file an out-of-time appeal in this matter.
This matter is referred to the Duty Magistrate for a hearing to appoint counsel on appeal.
Defendant remanded.

JS-10: 0:40