## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                          **CRIMINAL ACTION**

**VERSUS**                                            **NO. 00-253**

**TIMOTHY TAPP**                                      **SECTION "N"**

### JUDGMENT

For the reasons set forth in the undersigned's ruling on the record on December 12, 2007,

**IT IS ORDERED** that the **Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Rec. Doc. 398)** is **GRANTED IN PART** to the extent that Defendant is allowed **10 days from today** within which to file an out-of-time appeal in this matter. The motion is **DENIED** with prejudice in all other respects.

New Orleans, Louisiana, this 12th day of December, 2007.

**KURT D. ENGELHARDT**
**United States District Judge**