UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 00-253 |
| TIMOTHY TAPP | * | SECTION: "N" |

**MOTION FOR RECONSIDERATION
OF JUDGMENT OF DECEMBER 12, 2007**

Timothy Tapp, defendant in the underlying criminal proceeding and movant in the instant § 2255 proceeding, moves this Honorable Court for reconsideration of its judgment of December 12, 2007, under Fed. R. Civ. P. 59(e).[1]  A memorandum in support of this motion is attached.

Respectfully submitted this 13th day of December, 2007.

VIRGINIA LAUGHLIN SCHLUETER
Federal Public Defender

/s/Robin E. Schulberg
ROBIN E. SCHULBERG
Assistant Federal Public Defender
500 Poydras Street, Suite 318 HB
New Orleans, Louisiana 70130
Telephone:  (504) 589-7930
La. Bar Roll # 20365
Email: robin_schulberg@fd.org

---

[1] According to Rule 12 of the Rules Governing Section 2255 Proceedings, both the Federal Rules of Civil Procedure and the Federal Rules of Criminal Procedure apply to § 2255 proceedings to the extent they are not inconsistent with statutory provisions or the § 2255 rules.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Maurice Landrieu, Assistant United States Attorney, 500 Poydras Street, New Orleans, Louisiana 70130.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

/s/Robin E. Schulberg
ROBIN E. SCHULBERG
Assistant Federal Public Defender