UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-253 |
| TIMOTHY TAPP | * | SECTION: "N" |

**MOTION AND INCORPORATED MEMORANDUM**
**FOR EXPEDITED HEARING**

Timothy Tapp, movant in this § 2255 proceeding and defendant in the underlying criminal proceeding, respectfully moves this Honorable Court for the entry of an order granting him an expedited hearing on defendant's Motion for Reconsideration of Judgment. Although a motion under Fed. R. Civ. P. 59(e) tolls the time to appeal the § 2255 judgment, it does not appear to toll the 10-day period allotted by the § 2255 judgment for appeal of the underlying criminal judgment. To avoid duplicitous notices of appeal and in the interest of judicial efficiency, Mr. Tapp requests consideration of his Motion for Reconsideration before the 10-day period elapses.

Respectfully submitted this 13th day of December, 2007.

        VIRGINIA LAUGHLIN SCHLUETER
        Federal Public Defender


        /s/Robin E. Schulberg
        ROBIN E. SCHULBERG
        Assistant Federal Public Defender
        500 Poydras Street, Suite 318 HB
        New Orleans, Louisiana 70130
        Telephone: (504) 589-7930
        La. Bar Roll # 20365
        Email: robin_schulberg@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Maurice Landrieu, Assistant United States Attorney, 500 Poydras Street, New Orleans, Louisiana 70130.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

/s/Robin E. Schulberg
ROBIN E. SCHULBERG
Assistant Federal Public Defender