UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-253 |
| TIMOTHY TAPP | * | SECTION: "N" |

**O R D E R**

The foregoing considered,

**IT IS ORDERED** that the Motion for Expedited Hearing of the Motion for Reconsideration of Judgment in the captioned matter be granted, and that a hearing be held on the ___ day of _____, 2007, at ____ o'clock ___.M.

New Orleans, Louisiana, this _____ day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE