UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 00-253 |
| TIMOTHY TAPP | * | SECTION: "N" |

**MEMORANDUM IN SUPPORT OF
MOTION FOR RECONSIDERATION
OF JUDGMENT OF DECEMBER 12, 2007**

    Timothy Tapp, defendant in the underlying criminal proceeding and movant in the instant § 2255 proceeding, submits this memorandum in support of his motion for reconsideration of the Court's judgment of December 12, 2007, Rec. Doc. No. 504.

    The judgment granted Mr. Tapp partial relief on his § 2225 motion, finding that he was entitled to an out-of-time appeal. However, it commenced the 10-day period for the filing of the notice of appeal from December 12, the date the December 12th judgment was issued. This was error. Under <u>United States v. West</u>, 240 F.3d 456, 458. (5th Cir. 2001), "for an out-of-time direct criminal appeal granted pursuant to a § 2255 judgment: the underlying criminal judgment must be reinstated on the criminal docket." The 10-day period to file notice of appeal runs from the reinstatement of the underlying judgment.

This procedure is necessary because the time to appeal starts to run from the date of entry of "the judgment or the order being appealed." Fed. R. App. P. 4(b)(1)(A)(i). Mr. Tapp wishes to appeal the judgment of June 21, 2001, Rec. Doc. No. 271. That was the document finalizing his conviction and sentence. The 2001 judgment must be reinstated for him to file an appeal within the period allotted under Fed. R. App. P. 4. Otherwise, the Fifth Circuit will not have jurisdiction. As the Fifth Circuit stated in West, "a district court does *not* have authority to create appellate jurisdiction simply by ordering an out-of-time direct criminal appeal." Id. at 459 (emphasis in original).

Accordingly, Mr. Tapp respectfully requests that the Court reinstate Judge Clement's judgment of June 21, 2001, Rec. Doc. No. 271, and amend its judgment of December 12, 2007, so that the 10-day period to appeal starts to run from the date Judge Clement's judgment is reinstated.

Respectfully submitted this 13th day of December, 2007.

VIRGINIA LAUGHLIN SCHLUETER
Federal Public Defender


/s/Robin E. Schulberg
ROBIN E. SCHULBERG
Assistant Federal Public Defender
500 Poydras Street, Suite 318 HB
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
La. Bar Roll # 20365
Email: robin_schulberg@fd.org

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Maurice Landrieu, Assistant United States Attorney, 500 Poydras Street, New Orleans, Louisiana 70130.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

/s/Robin E. Schulberg
ROBIN E. SCHULBERG
Assistant Federal Public Defender