UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 00-253 |
| TIMOTHY TAPP | * | SECTION: "N" |

**NOTICE OF HEARING**

TO:    Mr. Maurice Landrieu
       Assistant United States Attorney
       500 Poydras Street, 2nd Floor
       Hale Boggs Federal Building
       New Orleans, LA 70130

Please take notice that the undersigned will bring the attached Motion for Reconsideration of Judgment of December 12, 2007, for hearing before the Honorable Kurt D. Engelhardt, United States District Judge, 500 Poydras Street, Room C351, New Orleans, Louisiana, at **9:30 P.M.** on the **2nd** day of **January**, **2008.**

Respectfully submitted this 13th day of December, 2007.

VIRGINIA LAUGHLIN SCHLUETER
Federal Public Defender


/s/Robin E. Schulberg
ROBIN E. SCHULBERG
Assistant Federal Public Defender
500 Poydras Street, Suite 318 HB
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
La. Bar Roll # 20365
Email: robin_schulberg@fd.org