MINUTE ENTRY
ENGELHARDT, J.
DECEMBER 12, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 00-253 |
| TIMOTHY TAPP | SECTION "N" |

JUDGE KURT D. ENGELHARDT PRESIDING

**WEDNESDAY, DECEMBER 12, 2007 AT 9:00 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Karen Ibos

APPEARANCES: Maurice Landrieu, AUSA
             Robin Schulburg, FPD

**EVIDENTIARY HEARING:**

Defendant present
On motion of the Government, witnesses sequestered.
Defendant's witnesses: <u>Timothy Tapp</u>, sworn and testifies.
                       <u>Kenyatta Tapp</u>, sworn and testifies.
                       <u>Wilbert Tapp</u>, sworn and testifies.
Defendant Rests.
Government Rests.
Arguments made by all counsel.
Court orally states findings.  Defendant will be allowed to file an out-of-time appeal in this matter.
This matter is referred to the Duty Magistrate for a hearing to appoint counsel on appeal.
Defendant remanded.

JS-10: 0:40