## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 00-253** |
| **TIMOTHY TAPP** | **SECTION "N"** |

## ORDER

The Government has indicated that it has no opposition to the Motion for Reconsideration of Judgment of December 12, 2007 (Rec. Doc. 507). Further, it appears to the Court that this motion has merit. Accordingly,

**IT IS ORDERED** that the Motion for Reconsideration of Judgment of December 12, 2007 (Rec. Doc. 507). is **GRANTED.** The Court will enter an amended Judgment this day.

New Orleans, Louisiana, this 13th day of December, 2007.

**KURT D. ENGELHARDT**
**United States District Judge**