UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-253 |
| TIMOTHY TAPP | SECTION "N" |

### AMENDED JUDGMENT

For the reasons set forth in the undersigned's ruling on the record on December 12, 2007,

**IT IS ORDERED** that the **Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Rec. Doc. 398)** is **GRANTED IN PART.** The Judgment of the Court dated June 21, 2001 (Rec. Doc. 271) is hereby **REINSTATED**, pursuant to *United States v. West*, 240 F.3d 456 (5th Cir. 2001). Defendant is allowed **10 days from today** within which to file an out-of-time appeal in this matter. The motion to vacate, set aside, and correct the sentence is **DENIED** with prejudice in all other respects.

New Orleans, Louisiana, this 13th day of December, 2007.

_____
KURT D. ENGELHARDT
United States District Judge