UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          *          CRIMINAL DOCKET

VERSUS                            *          NO.   00-253

TIMOTHY TAPP                      *          SECTION: "N"

**NOTICE OF APPEAL TO THE
FIFTH CIRCUIT COURT OF APPEALS
<u>FROM THE JUDGMENT OF THE DISTRICT COURT</u>**

On December 12, 2007, the United States District Court, Honorable Kurt D. Engelhardt,

reinstated the Judgment of the United States District Court, the Honorable Edith B. Clement, then

United States District Judge, originally entered on June 21, 2001 (Rec. Doc. 271).   Defendant

Timothy Tapp hereby files this notice of appeal from Judge Clement's reinstated Judgment.   This

notice of appeal is filed within ten days of the reinstatement of the judgment appealed from and

therefore is timely under Fed. R. App. P. 4(b)(1)(A)(i) and *United States v. West*, 240 F.3d 456 (5th

Cir. 2001).

Respectfully submitted this 14th day of December, 2007.

VIRGINIA LAUGHLIN SCHLUETER
Federal Public Defender


/s/Robin E. Schulberg_____
ROBIN E. SCHULBERG
Assistant Federal Public Defender
500 Poydras Street, Suite 318 HB
New Orleans, Louisiana 70130
Telephone:  (504) 589-7930
La. Bar Roll # 20365
Email: robin_schulberg@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Maurice Landrieu, Assistant United States Attorney, 500 Poydras Street, New Orleans, Louisiana 70130. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

/s/Robin E. Schulberg_____
ROBIN E. SCHULBERG
Assistant Federal Public Defender