AO89 (Rev. 7/95) Subpoena in a Criminal Case

**RETURN**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

United States of America

v.

TIMOTHY TAPP

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 00-253 "N"

TO:

Kenyatta Tapp         (832)373-7726
3742 Ashford Villa Lane
Houston, TX 77082

FILED 2007 DEC 13 PM 1:58 LORETTA G. WHYTE CLERK

RECEIVED 07 NOV 30 PM 2:09 SOUTHERN DIST. S/TX

RECEIVED 2007 NOV 27 AM 4:33 EASTERN DISTRICT OF LOUISIANA UNITED STATES MARSHAL

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>Eastern District of Louisiana<br>500 Poydras Street<br>New Orleans, LA 70130 | Hon. Kurt D. Engelhardt<br>Courtroom C-351<br>**DATE AND TIME**<br>December 12, 2007<br>9:00 A.M. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

RECEIVED 2007 DEC 12 AM 10:39 EASTERN DISTRICT OF LOUISIANA UNITED STATES MARSHAL

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Loretta G. Whyte, Clerk<br>(By) Deputy Clerk | 11/16/07 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Robin E. Schulberg, Assistant Federal Public Defender
500 Poydras Street, Suite 318 HB
New Orleans, LA 70130    (504) 589-7930

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE 12/4/07 | PLACE 515 Rusk Houston Tx |
| SERVED | DATE 12/4/07 | PLACE 3742 Ashford Villa Ln. Houston Tx 77082 |
| SERVED ON (PRINT NAME) Kenyatta Tapp | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☑ NO   AMOUNT $ | |
| SERVED BY (PRINT NAME) David Pylsa | TITLE C. Deputy | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ____12/4/07____
         DATE

SIGNATURE OF SERVER

515 Rusk Houston Tx 77002
ADDRESS OF SERVER

ADDITIONAL INFORMATION