MINUTE ENTRY
MOORE, M.J.
DECEMBER 14, 2007

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-253 |
| TIMOTHY TAPP | SECTION: N |

A hearing to determine counsel on appeal was held this date before Magistrate Judge Louis Moore, Jr.

PRESENT:   William Quinlan for Maurice Landrieu, Asst. U.S. Attorney
           Timothy Tapp, Defendant

This matter was referred by the District Court. The defendant requested court appointed counsel and was sworn regarding the financial affidavit. **IT IS ORDERED** that the Federal Public Defender is appointed to represent the defendant on appeal.

The defendant was remanded to the custody of the U.S. Marshal.

_____
LOUIS MOORE, JR., U.S. MAGISTRATE JUDGE

MJSTAR: 00:06

CLERK TO NOTIFY:
U.S. ATTORNEY, PRE-TRIAL SERVICES,
U.S. PROBATION, U.S. MARSHAL,
ATTORNEY FOR DEFENDANT, DEFENDANT