UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-253 |
| TIMOTHY TAPP | SECTION "N" |

## ORDER

**IT IS ORDERED** that the **Motion for Expedited Hearing (Rec. Doc. 506)** is **DENIED AS MOOT** based on the Court's Order dated December 13, 2007. (Rec. Doc. 510).

New Orleans, Louisiana, this 14th day of December, 2007.

**KURT D. ENGELHARDT**
United States District Judge