

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2007 DEC 14  PM 12:51

LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA                    CR. NO. 00-253 "N"

## ORDER

VERSUS                                       X   Appointing Counsel

_____ Substituting Counsel For: _____

TIMOTHY TAPP

_____ Ratifying Prior Service

_____ Extending Appointment For Appeal

CHARGE:

___ FELONY     ___ MISDEMEANOR

X  The defendant, having satisfied this Court that he/she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by order of the District Court:

**VIRGINIA SCHLUETER, FEDERAL PUBLIC DEFENDER, HALE BOGGS FEDERAL BLDG., RM 318, 501 MAGAZINE ST, NEW ORLEANS, LA 70130 PHONE: (504)589-2468**

___ Federal Public Defender is appointed for the limited purpose of:

___ It appearing to the Court that although the defendant is financially unable to employ counsel, he/she is totally indigent.

___ IT IS FURTHER ORDERED that the defendant pay to the Clerk, U. S. District Court for services of counsel, the total amount of $_____ to be paid within 10 working days or by _____.

___ IT IS FURTHER ORDERED that the defendant is to pay to the Clerk, U.S. District Court, for services of counsel, $_____ per month. This amount is to be paid, beginning on _____, 20___, until further orders of the Court.

Dated at New Orleans, Louisiana, on   DECEMBER 14, 2007

UNITED STATES MAGISTRATE JUDGE

Copy to Financial Unit Clerk (Only if defendant is ordered to pay)

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No. _____

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF _____ VS. _____ FOR _____ AT _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): **TIMOTHY TAPP**

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: _____
District Court: **00-253 "N"**
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

### ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed
Name and address of employer: **INCARCERATED IN 7 yrs**
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☑ Yes ☐ No **Home Depot**
IF YES, how much does your Spouse earn per month? $ **?**
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ **50/mo Incomes earned in jail**  $ **200.00 family members**

**CASH**
Have you any cash on hand or money in savings or checking account ☑ Yes ☐ No  IF YES, state total amount $ **150.00**

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
VALUE: _____  DESCRIPTION: _____
IF YES, GIVE THE VALUE AND DESCRIBE IT: $ _____

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE ☑ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: **4**
List persons you actually support and your relationship to them: **Wife supports sons**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: _____
Creditors: **None**
Total Debt: $ _____
Monthly Payt.: $ _____

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **December 14, 2007**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *T. Tapp*