U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   DEC 2 0 2007

LORETTA G. WHYTE
Clerk WP

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 DEC 20  AM 11: 21

LORETTA G. WHYTE
CLERK  WP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-253 |
| TIMOTHY TAPP | * | SECTION: "N" (4) |

**NOTICE OF APPEAL TO THE
FIFTH CIRCUIT COURT OF APPEALS
FROM THE JUDGMENT OF THE DISTRICT COURT**

On December 13, 2007, the United States District Court, Honorable Kurt D. Engelhardt, issued an Amended Judgment, Rec. Doc. 511, with respect to defendant Timothy Tapp's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255. That judgment granted the § 2255 motion insofar as it sought a direct appeal, but denied the motion with prejudice in all other respects. On December 14, 2007, defendant Timothy Tapp filed a notice of direct appeal from the Judgment of June 21, 2001. Rec. Doc. 513. That notice of appeal was filed by the Federal Public Defender, Tapp's counsel. The instant notice of appeal is an appeal from the Amended Judgment of December 13, 2007, Rec. Doc. 511, insofar as it denied the § 2255 motion. The Federal Public Defender states that she does not represent Tapp in the appeal of the § 2255 motion so this appeal is being filed pro se.

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____
```

This appeal is timely filed under Fed. R. App. P. 4(a)(1)(B), which provides 60 days for appealing a judgment in a civil case when the United States is a party. In the alternative, it is also timely under Fed. R. App. P. 4(b)(1)(A), which provides 10 days for appeal of judgments in criminal cases.

Respectfully submitted this 20th day of December, 2007.

TIMOTHY TAPP, pro se
Orleans Parish Prison Folder No. 56023
3000 Perdido Street, TPV
New Orleans, LA 70119
(USM No. 26638-034)

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2007, I caused to be filed the foregoing Notice of Appeal with the Clerk of Court and caused a copy of the same to be hand-delivered to Maurice Landrieu, Assistant United States Attorney, 500 Poydras Street, New Orleans, Louisiana 70130.

*[signature]*
TIMOTHY TAPP, pro se