UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO.  00-253 |
| TIMOTHY TAPP | * | SECTION: "N" |

## MOTION TO WITHDRAW AS COUNSEL

Assistant Federal Public Defender Robin E. Schulberg files this motion to withdraw as counsel for Timothy Tapp with respect to his Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 and Mr. Tapp's appeal of this Court's partial denial of that motion.

This Court appointed the Federal Public Defender to represent Mr. Tapp "for the purpose of an evidentiary hearing to determine whether Mr. Tapp requested that his counsel file an appeal." Rec. Doc. 482. That hearing was held on December 12, 2007, and this Court found that Mr. Tapp had made such a request. Accordingly, the Court reinstated the Judgment of June 21, 2001 (Rec. Doc. 271) and allowed Mr. Tapp 10 days to file a notice of appeal from that judgment. Amended Judgment (Dec. 13, 2007), Rec. Doc. 511. The Federal Public Defender was appointed to represent Mr. Tapp in that appeal and undersigned

counsel filed a notice of appeal from the Judgment of June 21, 2001 on December 14, 2007.
Rec. Doc. 513, 518.  That appeal is docketed as No. 07-31186 in the Fifth Circuit.

The Amended Judgment denied Mr. Tapp's § 2255 motion with prejudice in all other
respects.  It is undersigned counsel's understanding that she was not appointed to represent
Mr. Tapp in an appeal of that denial.  Mr. Tapp filed a pro se  notice of appeal of the partial
denial of his § 2255 motion.  That appeal is docketed in the Fifth Circuit as No. 08-30076.
The Fifth Circuit, however, has listed undersigned counsel as Mr. Tapp's lawyer on that
appeal and the Clerk's office has stated that undersigned counsel will not be removed without
an order from the district court allowing counsel to withdraw.

Undersigned counsel discussed this matter with Mr. Tapp when he filed his pro se
notice of appeal from the partial denial of his § 2255 motion.  Mr. Tapp's current address is
Folder No. 56023, 3000 Perdido Street, TPV, New Orleans, Louisiana 70119.

Accordingly, undersigned counsel files this motion asking that she be allowed to
withdraw from representation of Mr. Tapp with respect to his § 2255 motion and his appeal
of the partial denial of that motion, pending in the Fifth Circuit as Docket No. 08-30076,
while she remains as counsel for Mr. Tapp's direct appeal of his conviction and sentence,

2

pending in the Fifth Circuit as Docket No. 07-31186.

Respectfully submitted this 10th day of March, 2008.

VIRGINIA LAUGHLIN SCHLUETER
Federal Public Defender


/s/Robin E. Schulberg
ROBIN E. SCHULBERG
Assistant Federal Public Defender
500 Poydras Street, Suite 318 HB
New Orleans, Louisiana 70130
Telephone:  (504) 589-7930
La. Bar Roll # 20365
Email: robin_schulberg@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 10, 2008, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to

the following: Maurice Landrieu, Assistant United States Attorney, 500 Poydras Street, New

Orleans, Louisiana 70130.  I further certify that on March 10, 2008, I mailed the foregoing

document and the notice of electronic filing by first-class mail to the following non-CM/ECF

participants: Timothy Tapp, Folder No. 56023, 3000 Perdido Street, TPV, New Orleans, LA

70119.


/s/Robin E. Schulberg
ROBIN E. SCHULBERG
Assistant Federal Public Defender