UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO.  00-253 |
| TIMOTHY TAPP | * | SECTION: "N" |

**ORDER**

Considering the foregoing,

**IT IS HEREBY ORDERED** that Assistant Federal Public Defender Robin E. Schulberg is granted leave to withdraw as counsel for Timothy Tapp with respect to his Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 and the appeal of the partial denial of his § 2255 motion, docketed in the Fifth Circuit as No. 08-30076), while remaining as counsel for Mr. Tapp with respect to the direct appeal of his conviction and sentence, docketed in the Fifth Circuit as No. 07-31186.

New Orleans, Louisiana, _____ day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE