# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Loretta G. Whyte**
**Clerk**

500 Poydras St., Room C-151
New Orleans, LA 70130

March 27, 2008

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA  70130

APPEAL NO  07-31186
           08-30076

*[FILED stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA, MAR 31 2008, LORETTA G. WHYTE, CLERK]*

Re: USA  V  TIMOTHY TAPP    CR  00-253

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

___ 1) Certified copy of the notice of appeal and docket entries.

___ 2) Certified copy of notice of a cross-appeal and docket entries.

___ 3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid

___ 4) This case is proceeding <u>in forma pauperis</u>

___ 5) Order Appointing Counsel   ___ CJA-20   ___ FPD

___ 6) District Judge Entering the final judgment is_____

___ 7) Court Reporter assigned to the case _____

___ 8) If criminal case, number and names of other defendants on appeal

___ 9) This case was decided without a hearing; there will be no transcript.

___ 10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

_x_ 1) **Certified** Electronic Copy of Record on appeal:

___ Volume(s) of record   ___ Volume(s)of transcripts

___ Volume(s) of depositions

___ Container(s) of exhibits ___accordion folder   ___Box

___ 2) Supplemental record consisting of _____

___ 3) SEALED DOCUMENT _____

___ 4) Other _____

Very truly yours

By__Alicia Phelps__
    Deputy Clerk

___ Fee_____
_X_ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____