# COURT RECORD LOAN FORM
(Please Print)

U.S. District Court

**N**

No. 00-253  Short Title U.S. v. Timothy Tapp  Date 4-4-08

To: Robin E. Schulberg
Name

500 Poydras
Address

Ste 500 HB

NO   LA   70130
City,  State  Zip

Documents Enclosed:
☑ Record Vols: 6
☑ Exhibits ☐ Env. 1 accordion folder
☐ Box
☐ First Supp. Record Vols.
☐ Second Supp. Record Vols.
☐ Third Supp. Record Vols.

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES

FILED APR - 4 2008
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
LORETTA G. WHYTE
CLERK

**Attorney Return** — SEND RECORD WITH BRIEF OF APPELLEE TO 5th Circuit. Complete the shaded area below and return this form to the 5th Circuit along with the documents.

To: Clerk, 5th Circuit

☐ Record Vols:
☐ Supp. Record Vols.
☐ Exhibits ☐

Records above listed are returned to Clerk:
Attorney Name:
Date:

---

**Clerk's Receipt** To be completed by 5th Circuit Clerk's office and forwarded to person in previous section.

No. _____ Short Title _____

☐ Record Vols:
☐ Supp. Record Vols.
☐ Exhibits ☐

Records in above case have been received by Clerk
Name:
Date:

District: _____

---

**Attorney Forwarding Receipt** If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the District Court Clerk's office.

No. _____ Short Title _____

To: Clerk, U.S. District Court

☐ Record Vols:
☐ Supp. Record Vols.
☐ Exhibits ☐

Records in above case forwarded to:
Attorney Name:
Address:
City, State, Zip:
Signed: _____ Date: _____

District: _____

---

**Attorney Receipt** The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the District Court Clerk's office upon receipt of documents.

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

No. _____ Short Title _____

To: Clerk, U.S. District Court

☐ Record Vols:
☐ Supp. Record Vols.
☐ Exhibits ☐

Records in above case listed received:
Judge/Attorney Name: