# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JUN - 5 2008

LORETTA G. WHYTE
CLERK

June 01, 2008

Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
500 Poydras Street
New Orleans, LA 70130

```
     No. 08-30076 USA v. Tapp
     -------------------
     USDC# 2:03-CV-135
     Honorable Kurt D Engelhardt
              CR00-253-N
```

Dear Ms Whyte:

Our records reflect that there is an action pending for more than 45 days in the above referenced case before the named judge. We cannot process the appeal further until this matter is resolved. As such, we ask for your assistance in bringing this information to the judge's attention.

If our records are in error, or if the judge has disposed of the matter, please advise us at your earliest convenience.

Thank you in advance for your help in this regard.

CHARLES R. FULBRUGE III, CLERK

By _____
David E. Young
Chief Deputy Clerk
504.310.7655
David_E_Young@ca5.uscourts.gov

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No. _____