UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 00-253 |
| TIMOTHY TAPP | SECTION "N" (6) |

### CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____

_____

_____

_____

☒ a certificate of appealability shall not be issued for the following reason(s):

Mr. Tapp has failed to make a substantial showing of the denial of a constitutional right for the reasons set forth in the Court's Amended Judgment (Rec. Doc. 511), which denied Mr. Tapp's § 2255 motion.

_____

_____

Date: June 9, 2008

_____
UNITED STATES DISTRICT JUDGE