IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 07-31186

CR00-253-N

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

TIMOTHY TAPP also known as, TT also known as, T

Defendant - Appellant

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before JOLLY, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM:

IT IS ORDERED that appellee's motion to dismiss the appeal is GRANTED without prejudice to any rights defendant may have before the district court under 18 U.S.C. §3582.

IT IS FURTHER ORDERED that appellee's alternative motion to extend the time to file appellee's brief until twenty (20) days from the date of the Court's order is DENIED as moot.

MOT-21