# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 4, 2008

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 07-31186 USA v. Tapp
       USDC No. 2:00-CR-253-3

Enclosed is an order entered in this case.

          Sincerely,

          CHARLES R. FULBRUGE III, Clerk

               *Misty Fontenot*
   By: _____
          Misty Fontenot, Deputy Clerk
          504-310-7716

Ms Robin Elise Schulberg
Mr Maurice Landrieu
Ms Loretta Whyte, Clerk

MOT-2