UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES  OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 00-253 |
| TIMOTHY TAPP | * | SECTION: "N" |

### NOTICE OF APPEAL TO THE
### FIFTH CIRCUIT COURT OF APPEALS
### FROM THE JUDGMENT OF THE DISTRICT COURT

Notice is hereby given that Timothy Tapp, defendant herein, appeals to the United States Court of Appeals from the judgment of the United States District Court, Honorable Kurt D. Engelhardt, United States District Judge.  The United States District Court rendered its Order denying the Motion for Sentencing Reduction Pursuant to 18 U.S.C. § 3582(c)(2) on August 18, 2008, and the judgment was entered into the record on August 18, 2008.

According to Rule 4(b) of the Rules of Appellate Procedure, notice of appeal in a criminal case is to be timely filed with the Clerk of the District Court within ten days "after the entry of the judgment or order appealed from."

**WHEREFORE,** this Notice of Appeal is timely filed and hereby notices the court of Mr. Tapp's desire to appeal said judgment to the Fifth Circuit Court of Appeals.

Respectfully submitted this <u>25th</u> day of August, 2008.

    VIRGINIA LAUGHLIN SCHLUETER
    Federal Public Defender


    <u>/s/GARY V. SCHWABE, JR.</u>
    GARY V. SCHWABE, JR.
    Assistant Federal Public Defender
    500 Poydras Street
    Hale Boggs Federal Building, Room 318
    New Orleans, Louisiana 70130
    (504)589-7930
    E-mail: gary_schwabe@fd.org
    Bar Roll No. 19780

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Carol Michel, Assistant United States Attorney, 500 Poydras Street, New Orleans, Louisiana 70130. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

/s/GARY V. SCHWABE, JR.
GARY V. SCHWABE, JR.
Assistant Federal Public Defender