IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 07-31186

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

TIMOTHY TAPP also known as, TT also known as, T

Defendant - Appellant

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

Before JOLLY, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM:

IT IS ORDERED that appellee's motion to dismiss the appeal is GRANTED without prejudice to any rights defendant may have before the district court under 18 U.S.C. §3582.

IT IS FURTHER ORDERED that appellee's alternative motion to extend the time to file appellee's brief until twenty (20) days from the date of the Court's order is DENIED as moot.

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 26, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 07-31186 USA v. Tapp
      USDC No. 2:00-CR-253-3

Enclosed, for the District Court only, is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: *Misty Fontenot*
Misty Fontenot, Deputy Clerk
504-310-7716

cc: (letter only)
    Honorable Kurt D Engelhardt
    Ms Robin Elise Schulberg
    Mr Maurice Landrieu

MDT-1